Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Karisma Huertas

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karisma Huertas,<br><br>        Plaintiff,<br><br>    v.<br><br>TD Bank USA, N.A.<br><br>        Defendant. | Case No.: 3:20-cv-01238-GPC-AHG<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Karisma Huertas and defendant TD Bank USA, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TD Bank USA, N.A. within 25 days once the settlement is finalized.

                                                **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:  November 16, 2020                       /s/ *Joe Angelo*
                                                Joe Angelo
                                                Attorney for Plaintiff