1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-279-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Karisma Huertas

6

7                 **UNITED STATES DISTRICT COURT**

8              **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  KARISMA HUERTAS                    Case No.: 3:20-cv-01238-GPC-AHG

11          Plaintiff,

12      vs.                            **JOINT MOTION FOR DISMISSAL
                                       WITH PREJUDICE OF
13                                     DEFENDANT TD BANK USA, N.A.**
    TD BANK USA, N.A.
14
            Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Karisma Huertas and Defendant TD Bank USA, N.A. that TD Bank USA, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  December 4, 2020          **Gale, Angelo, Johnson, & Pruett, P.C.**

By:        */s/ Joe Angelo*
Joe Angelo
Attorneys for Plaintiff
Karisma Huertas

DATED:  December 4, 2020          **Duane Morris LLP**

By:        */s/ Terrance J. Evans*
Terrance J. Evans
Attorneys for Defendant
TD Bank USA, N.A.

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Terrance J. Evans concurred in this filing.

*/s/ Joe Angelo*

JOINT MOTION FOR DISMISSAL OF DEFENDANT TD BANK USA, N.A.