Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Karisma Huertas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARISMA HUERTAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>TD BANK USA, N.A.<br>    Defendant. | Case No.: 3:20-cv-01238-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to the joint motion of the Parties, TD Bank USA, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 7, 2020

_____
Hon. Gonzalo P. Curiel
United States District Judge

1
ORDER